**LAW FIRM OF CAELYN T. CANACE**
OFFICE: 1701 AVENUE P, BROOKLYN, NY 11229
MAIL: PO BOX 414, SHOREHAM, NY 11786
OFFICE: 646-455-1010
FACSIMILE: 646-676-4002
EMAIL: Canacelawfirm@gmail.com
Web: www.canacelawfirm.com

March 1, 2021

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Via ECF only*

      **RE:**    Olena Khamis vs. **Enhanced Recovery Company LLC**
            Civil Case # 21-cv-465

Your Honor,

    I represent the Plaintiff, **Olena Khamis**, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Defendant **Enhanced Recovery Company LLC** ("ERC").

    We are pleased to report that the Plaintiff has reached an agreement to settle all claim with prejudice as alleged in the Complaint against the Defendant ERC.

    I thank Your Honor and the Court for its kind considerations and courtesies.

                                                                Respectfully,

                                                                */s/ Caelyn T. Canace*
                                                                 Caelyn T. Canace, Esq.
                                                                 Office: 1701 Avenue P, Brooklyn, NY 11229
                                                                 Mail: PO Box 414, Shoreham, NY 11786
                                                                 Tel.: (646) 455-1011
                                                                 Fax: (646) 676-4002
                                                                 canacelawfirm@gmail.com
                                                                 *Counsel for Olena Khamis*

CC: All Counsel of Record via ECF