Clerk's Office
Filed Date: 4/2/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____ X

Olena Khamis, individually
and on behalf of all others similarly situated,   **Case No.: 21-cv-465**

                        Plaintiff,   **NOTICE OF DISMISSAL**

              vs.

Enhanced Recovery Company, LLC,
                        Defendant.
_____X

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Olena Khamis, and or her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Enhanced Recovery Company, LLC.

Dated: March 30, 2021          **Law Firm of Caelyn T. Canace, PLLC**

                                                         _/s/  Caelyn T. Canace, Esq._
                                                         Caelyn T. Canace, Esq.
                                                         Office: 1701 Avenue P, Brooklyn, NY 11229
                                                         Mail: PO Box 414, Shoreham, NY 11786
                                                         Tel.: (646) 455-1011
SO ORDERED                           Fax: (646) 676-4002
Brooklyn, New York                canacelawfirm@gmail.com
Dated: 3/31/2021

                                                        _Attorney for Plaintiff  Olena Khamis_

   _/s/ Eric N. Vitaliano_

    Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*